IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE: Stinson, Lance Richard
Stinson, Ginger Henderson
Debtor(s),

195 Harris Morton Road
Gray, GA 31032

Soc. Sec. XXX-XX-7220
Soc. Sec. XXX-XX-9331

CHAPTER 13

CASE NO. 12-51786 JPS

## AMENDMENT TO BANKRUPTCY FILING

COME(S) NOW the Debtor(s) and file(s) this Amendment to Bankruptcy Filing. In support of said Amendment, the Debtor(s) show(s) the Court as follows:

Debtor(s) filed with this Court a voluntary Chapter 13 bankruptcy petition on July 3, 2012.

Debtor(s) now amend(s) the bankruptcy filing to include the below:

SCHEDULE "F" - CREDITORS HOLDING UNSECURED, NONPRIORITY CLAIMS

Creditor: Bass & Associates
Address: 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712
Type of Debt: Collection Account for HSBC Bank Nevada/Suuki
Debt Amount: Exact Amount Unknown
Account No: 41023100205256

Creditor: Windstream
Address: POB 9001908, Louisville, KY 40290
Type of Debt: Utility Service
Debt Amount: Exact Amount Uknown
Account No: Unknown

Creditor: HSBC Bank USA, N.A.
Address: P.O. Box 2013, Buffalo, NY 14240
Type of Debt: Possible Deficiency
Debt Amount: Exact Amount Unknown
Account No: Unknown

STACEY NESTOR, P.C.
Attorney At Law
Post Office Drawer 28618
Macon, Georgia 31221
478-755-0010

AMENDMENT TO BANKRUPTCY FILING
In Re: Stinson, Lance Richard       Stinson, Ginger Henderson
Chapter 13 Case No. 12-51786 JPS
Page 2

No previous application for relief sought herein has been made to this or any other Court.

WHEREFORE, Debtor(s) pray(s) that this amendment be allowed and that Debtor(s) have such other and further relief as is just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Amendment and Notice of Chapter 13 Case in the above-captioned matter has been furnished to Camille Hope Chapter 13 Trustee via the Court's electronic noticing system by the filing of same with the Court on this __ day of January, 2013. I further certify that true and correct copies of the foregoing were furnished to:

Bass & Associates, 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712
Windstream, POB 9001908, Louisville, KY 40290
HSBC Bank USA, N.A., P.O. Box 2013, Buffalo, NY 14240

by depositing copies of same, properly addressed as indicated above and with proper first-class postage affixed, with the U.S. Postmaster on this 16th day of January, 2013.

                                    STACEY NESTOR, P.C.
                        BY:    /s/ Stacey Nestor
                                    STACEY NESTOR
                                    Georgia Bar #538855
                                    Attorney for Debtor(s)
                                    Post Office Drawer 28618
                                    Macon, Georgia 31221
                                    (478) 755-0012

STACEY NESTOR, P.C.
Attorney At Law
Post Office Drawer 28618
Macon, Georgia 31221
478-755-0010

2012.08.09 - Amendment.wpd

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

IN RE: Stinson, Lance Richard
      Stinson, Ginger Henderson
                     Debtor(s),

195 Harris Morton Road
Gray, GA 31032

Soc. Sec.    XXX-XX-7220
Soc. Sec.    XXX-XX-9331

CHAPTER 13

CASE NO.    12-51786 JPS

## VERIFICATION

I/We declare, under penalty of perjury that I/we have read the foregoing Amendment to Bankruptcy Filing and that the information contained therein is true and correct to the best of my/our information, knowledge, and belief.

_____
Stinson, Lance Richard

_____
Stinson, Ginger Henderson

Penalty for making a false statement or concealing property.
Fine of up to $500,000.00 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Prepared by:
STACEY NESTOR, P.C.
STACEY NESTOR
GA Bar No. 538855
Attorney for Debtor(s)
Post Office Drawer 28618
Macon, GA 31221
(478) 755-0010

STACEY NESTOR, P.C.
Attorney At Law
Post Office Drawer 28618
Macon, Georgia 31221
478-755-0010

2012.08.09 - Amendment.wpd

B9I (Official Form 9I) (Chapter 13 Case) (12/11)     Case Number **12-51786 jps**

# UNITED STATES BANKRUPTCY COURT
## Middle District of Georgia

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/3/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Lance Richard Stinson<br>195 Harris Morton Road<br>Gray, GA 31032 | Ginger Henderson Stinson<br>005<br>195 Harris Morton Road<br>Gray, GA 31032 |
| Case Number: 12-51786 jps<br>Office Code: 5 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx-xx-7220<br>xxx-xx-9331 |
| Attorney for Debtor(s) (name and address):<br>Stacey Nestor Randall<br>Post Office Box 28618<br>Macon, GA 31221-8618<br>Telephone number: 478-755-0010 | Bankruptcy Trustee (name and address):<br>Camille Hope<br>Office of the Chapter 13 Trustee<br>P.O. Box 954<br>Macon, GA 31202<br>Telephone number: 478-742-8706 |

### Meeting of Creditors
Date: **August 7, 2012**        Time: **11:30 AM**
Location: **341(a) Meeting Room, 433 Cherry Street, First Floor, Suite C, Macon, GA 31201**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **11/5/12**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): 180 days from the date of Order for Relief.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/9/12

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors. See exceptions under Federal Rule of Bankruptcy Procedure 1019.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. Date: 9/13/12, Time: 01:30 PM, Location: U.S. Bankruptcy Court - Macon, Courtroom A, 433 Cherry Street, Macon, GA 31201

### Objection to Confirmation:
Objections to confirmation are due 7 days prior to the first confirmation date.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>433 Cherry Street<br>P.O. Box 1957<br>Macon, GA 31202<br>Telephone number: (478) 752-3506 | For the Court:<br>Clerk of the Bankruptcy Court:<br>William E. Tanner |
|---|---|
| Hours Open: Monday - Friday 8:30 AM - 5:00 PM | Date: 7/3/12 |

## EXPLANATIONS

B9I (Official Form 9I) (12/11)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Web site (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. At the confirmation hearing, the Court will determine the extent to which your claim(s) are secured pursuant to U.S.C. § 506. The Court will accept the values alleged in the debtor's plan unless an objection is filed. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk.s office by the same deadline. The bankruptcy clerk.s office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal at Confirmation Hearing | At the confirmation hearing, the Court will determine whether debtor's plan can be confirmed. If the plan is denied confirmation, the Court may consider any written or oral Motions to Dismiss the Case presented prior to or at the confirmation hearing. For cause, the Court may grant such Motion to Dismiss at the confirmation hearing. |

**Refer to Other Side for Important Deadlines and Notices**